```
                                            ┌─────────────────────────────┐
                                            │            FILED            │
                                            │  CLERK, U.S. DISTRICT COURT  │
                                            │  ┌───────────────────────┐   │
                                            │  │     JUN 2 0 2013       │   │
                                            │  └───────────────────────┘   │
                                            │  CENTRAL DISTRICT OF CALIFORNIA │
                                            │  EASTERN DIVISION     BY DEPUTY │
                                            └─────────────────────────────┘
```

1

2

3

4

5

6

7

8
## UNITED STATES DISTRICT COURT

9
### CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: *ED 13-308-M* |
| Plaintiff, ) | ORDER OF DETENTION (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |
| v. ) | |
| *Artimio Peron Cabrera*, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant
issued by the United States District Court for the ___*Eastern*___ District of
___*California*___ for alleged violation(s) of the terms and conditions of probation
or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal
Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. [X]   The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to flee if released under 18
U.S.C. § 3142(b) or (c).  This finding is based on the following:

*nature and circumstances of alleged*
*violation, insufficient bail resources,*
*prior criminal history*

1

1    and/ or

2  B. ( )   The defendant has not met his/her burden of establishing by clear and

3           convincing evidence that he/she is not likely to pose a danger to the

4           safety of any other person or the community if released under 18 U.S.C. §

5           3142(b) or (c).  This finding is based on the following:

6           _____

7           _____

8           _____

9           _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 6/20/13

15                                    HONORABLE OSWALD PARADA
                                      United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28